## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **VICTORIA MICKENS, et al.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 3:06-CV-00065-M** |
| | § | |
| **GARLAND INDEPENDENT SCHOOL** | § | **ECF** |
| **DISTRICT,** | § | |
| | § | |
| **Defendant.** | § | **JURY TRIAL DEMANDED** |

## FINAL ORDER AND NOTICE OF DISMISSAL

On this day, the Court considered the Joint Status Report submitted on February 4, 2008. After reviewing the Joint Status Report, the Court finds that its October 26, 2007 Order Approving Settlement of Collective Action and Approving Notice of Settlement and its December 13, 2007 Order Granting Joint Motion for Extension of Court-Authorized Notice and Opt-In Period (collectively "Settlement Orders") have been fully carried out by the Parties.

Accordingly, the Court ORDERS the DISMISSAL WITH PREJUDICE of both the instant case and the case styled *Richmon Reed, Individually and On Behalf of All Others Similarly Situated v. Garland Independent School District,* Civil Action No. 3:06-CV-2091-M, in the United States District Court for the Northern District of Texas, Dallas Division ("*Reed* suit").  This Order shall extend to the Mickens Plaintiffs, Reed, and all Claimants (as such terms are defined in the Settlement Orders).  The Clerk of Court is ORDERED to file a copy of this Order in the *Reed* suit and to administratively close both this case and the *Reed* suit.

All relief not specifically granted herein is DENIED.  This Order is Final and Appealable.

**SO ORDERED**.

February 15, 2008.

- 1 -

- 2 -

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS


**Agreed:**


s/Michael A. Josephson
Michael A. Josephson
Attorney for Plaintiffs


s/Kevin S. Mullen
Kevin S. Mullen
Attorney for Defendant